## Commonwealth *v.* McFeaters, Appellant.

Argued November 12, 1973. *William J. Rundorff,* First Assistant Public Defender, with him *John J. Regule,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* McGough, Appellant.

Submitted December 3, 1973. *David Zwanetz,* for appellant; *John H. Isom, James T. Ranney* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.